LAW OFFICE OF JOHN HALLEY
John A. W. Halley, SBN 111682
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Petitioner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE SCHOBY JR.<br><br>   Petitioner,<br><br>   v.<br><br>ANTHONY HEDGPETH, Warden,<br>California State Prison- Kern Valley,<br>California Department of Corrections<br>_____/ | Case No. C 07-5431 SI<br><br>**[PROPOSED] ORDER** |

   IT IS HEREBY ORDERED that further proceedings in this case be stayed pending the California Supreme Court's resolution of a petition for writ of habeas corpus to be filed by petitioner in that court within 30 days of this order. The stay shall remain in effect until 30 days following the entry of final by the California Supreme Court on that petition.

_____
United States Magistrate Judge

Presented by:
John A. W. Halley
Attorney for Petitioner

## PROOF OF SERVICE

I, the undersigned, am a citizen of the U. S., over the age of 18 years, and not a party to this action. My business address is 620 Jefferson Avenue, Redwood City, CA 94063. On the date set forth below, I served the documents indicated by

___ U.S. Mail

>Federal District Court
>450 Golden Gate Avenue
>San Francisco, CA 94102
>
>Attorney General's Office California
>Department of Justice
>P.O. Box 944255
>Sacramento, CA 94244-2550

The document(s) served is/are:

APPLICATION TO STAY PROCEEDINGS PENDING EXHAUSTION OF STATE COURT REMEDIES; MEMORANDUM; DECLARATION IN SUPPORT [PROPOSED] ORDER

Executed on November 2, 2007, at Redwood City, California. I declare the foregoing to be true and correct under penalty of perjury.

Arielle Goni O'Kane
Secretary to John Halley