IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE SCHOBY JR., | No. C 07-5431 SI |
| Petitioner, | **ORDER GRANTING PETITIONER'S MOTION TO STAY AND ABEY** |
| v. | |
| ANTHONY HEDGPETH, Warden, California State Prison - Kern Valley, California Department of Corrections, | |
| Respondent. | |

Petitioner has filed a motion to stay and abey this petition to allow him to exhaust certain claims in the California Supreme Court. (Docket Nos. 3-4). The Court finds that petitioner has satisfied the requirements set forth in *Rhines v. Weber*, 544 U.S. 269, 277-78 (2005), for a stay of this habeas action.

Accordingly, this action is STAYED and the clerk shall ADMINISTRATIVELY CLOSE the action. Nothing further will take place in this action until petitioner exhausts the unexhausted claims and, within thirty days of doing so, moves to reopen this action, lift the Court's stay and proceed with consideration of his habeas petition. Petitioner must promptly return to federal court after his state court proceedings have concluded. If petitioner does not return within thirty days of exhausting the unexhausted claims, dismissal is possible. *See Kelly v. Small*, 315 F.3d 1063, 1071 (9th Cir.), *cert. denied*, 538 U.S. 1042 (2003).

**IT IS SO ORDERED.**

Dated: December 6, 2007

SUSAN ILLSTON
United States District Judge