```
1  LAW OFFICE OF JOHN A. W. HALLEY
   John Halley, SBN 111682
2  620 Jefferson Ave.
   Redwood City, CA 94063
3  (650) 366-6789
4
   Attorney for Defendant
5
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE SCHOBY JR., | Case No. C 07-5431 SI |
| Petitioner,<br>v. | APPLICATION TO LIFT STAY OF PROCEEDINGS, TO REOPEN CASE, AND TO PROCEED WITH CONSIDERATION OF THE HABEAS CORPUS PETITION; with Supporting Declaration and Proposed Order |
| ANTHONY HEDGPETH, Warden,<br>California State Prison- Kern Valley,<br>California Department of Corrections | |

Petitioner, through counsel, hereby applies to this Honorable Court for an order lifting the stay of these proceedings that was granted at petitioner's request on December 6, 2007 for the purpose of exhausting state remedies, and that this court reopen the case and proceed to a consideration of the petition for a writ of habeas corpus.

This application is made on grounds that since the granting of the stay, defendant filed a petition for a writ of habeas corpus in the California Supreme court and that petition has now been denied by the California supreme court. The reason for the stay having therefore been served, petitioner requests that the stay be lifted, the case reopened, and the habeas corpus petition be considered on the merits.

This application is based upon the following declaration of counsel, the following memorandum of points and authorities, the exhibit submitted herewith consisting of a copy of an order of the California Supreme Court, all files and records in this case and such further information as may be provided to the court with respect to this application.

DATED: 8/29/08

_____
John Halley, Attorney for Petitioner

## DECLARATION OF JOHN HALLEY

I, John Halley, declare under penalty of perjury and the laws of the United States and the state of California, that the following is true:

1. I am an attorney, duly admitted to practice before the courts of this State. I am counsel of record for petitioner.

2. The state conviction that is the subject of this pending habeas corpus petition is *People v. Schoby* San Mateo Superior Court No. SC50759 and SC48970A. The trial court imposed sentence and judgment on September 10, 2004. The judgment was affirmed on direct appeal by the California court of appeal and a petition for review was denied on June 26, 2005.

3. The instant habeas corpus petition was filed in this court on October 24, 2007. On November 5, 2007, petitioner filed a motion to stay these proceedings, for the purpose of exhausting two state claims. This court granted that motion by an order filed December 6, 2007.

4. Petitioner filed a petition for a writ of habeas corpus in the California Supreme Court on January 17, 2008. That state court petition raised the following issues, which are the same two issues made in the habeas petition that is pending in this court, and which claims are numbered the same way in both petitions, namely,

> **Claim One:** Petitioner was denied his right to a finding by the jury beyond a reasonable doubt under the Sixth and Fourteenth Amendments to the constitution by the failure to properly instruct the jury on the elements of the "one strike" enhancement under Penal Code section 667.61(e)(4) on count 3, for which he received a life sentence. (See, Claim One at page 4 of the habeas petition corpus filed in the California supreme court on 1/17/08; and Claim One at page 3 of the petition filed in this court.)
>
> **Claim Two:** Petitioner was denied his sixth amendment jury trial right by the trial court's imposition of consecutive sentences (i.e.,

2

a 19 year term for the crime and enhancements on Count 2 [a rape of Pamela] and a 30 year to life term on Count 3 [rape of Pamela with a One Strike finding under section 667.61(e)(4)] without a beyond a reasonable doubt finding by the jury on the facts necessary to support consecutive sentencing under California law. (See, Claim Two at page 7 of the habeas petition corpus filed in the California supreme court on 1/17/08; and Claim Two at page 5 of the petition filed in this court.)

5. The California supreme court denied the petition for a writ of habeas corpus by an order without opinion or explanation on July 9, 2008. (See Exhibit 1 submitted with this petition, a copy of the 7/9/08 California Supreme Court order.)

6. The purpose of the stay ordered by this court has therefore been satisfied. The two claims sought to be exhausted have been presented to the highest state court and that court has denied relief. Petitioner therefore asks that the stay be lifted and that this Court proceed with consideration of the habeas corpus petition.

7  This court's stay order directed defendant to return to state court and then to return promptly to this court, within thirty days of exhausting the state remedies on pain of possible dismissal. This court's stay order was issued December 6, 2007; petitioner filed the new state habeas petition on January 17, 2008; the California supreme court denied that petition on July 9, 2008; and petitioner is making this motion to lift the stay and reopen this case on August 29, 2008. Counsel has delayed more than 30 days since exhaustion was complete. Counsel erred, because counsel did not have a 30 day deadline calendared for when the California supreme court order was received in counsel's office. When the California supreme court order was received, I was preparing to begin a jury trial for July 14, 2008, which trial lasted until verdict on August 8, 2008, and following that trial I had a significant pleading due on August 22, 2008 (a motion to dismiss an indictment in a death penalty case based on murder of a police officer). Although I erred in failing to make this motion within 30 days of the California supreme court order, I have sought to file it diligently and respectfully request that this Court grant this motion and proceed with consideration of the merits of the petition.

Executed on 8/29/08, in Redwood City, California, San Mateo County.

John Halley
Attorney for Petitioner

## MEMORANDUM IN SUPPORT

I: PETITIONER HAS EXHAUSTED HIS STATE REMEDIES AND THEREFORE REQUESTS THAT THE STAY BE LIFTED AND THAT THIS COURT PROCEED WITH CONSIDERATION OF THE PETITION FOR WRIT OF HABEAS CORPUS.

This court granted a stay of proceedings to permit petitioner to return to state court to exhaust state remedies. Petitioner has done so. Petitioner therefore respectfully requests that this court lift the stay, reopen this case, and proceed with consideration of this petition for a writ of habeas corpus.

As also indicated in the declaration of counsel above, the court's stay order directed counsel to exhaust the state remedies and to return "promptly" to this court, within 30 days, with a warning that "dismissal is possible." As also indicated in the declaration, counsel erred and did not calendar, and therefore did not file, this motion for 30 days following the California supreme court order. As further explained in the declaration, counsel has sought to act diligently. Petitioner respectfully requests that this court excuse the delay and nevertheless grant this motion and proceed to consideration of the petition for a writ of habeas corpus.

Dated: 8/29/08

Respectfully submitted,
LAW OFFICE OF JOHN HALLEY
Attorney for Defendant

By: _____
John Halley