LAW OFFICE OF JOHN A. W. HALLEY
John Halley, SBN 111682
620 Jefferson Ave.
Redwood City, CA 94063
(650) 366-6789

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE SCHOBY JR., | Case No. C 07-5431 SI |
| Petitioner, | <u>EXHIBIT IN SUPPORT</u> OF APPLICATION TO LIFT STAY OF PROCEEDINGS, TO REOPEN CASE, AND TO PROCEED WITH CONSIDERATION OF THE HABEAS CORPUS PETITION; with Supporting Declaration and Proposed Order |
| v. | |
| ANTHONY HEDGPETH, Warden, California State Prison- Kern Valley, California Department of Corrections | |

Attached is a true copy of the California Supreme Court's July 9, 2008 order denying petitioners petition for writ of habeas corpus.

1

S160020

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re WILLIE SCHOBY on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED
JUL - 9 2008
Frederick K. Ohlrich Clerk
_____
Deputy

GEORGE
_____
Chief Justice