LAW OFFICE OF JOHN A. W. HALLEY
John Halley, SBN 111682
620 Jefferson Ave.
Redwood City, CA 94063
(650) 366-6789

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE SCHOBY JR.,

    Petitioner,

v.

ANTHONY HEDGPETH, Warden,
California State Prison- Kern Valley,
California Department of Corrections

Case No. C 07 - 5431 SI

[PROPOSED] **ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY, REOPEN CASE, AND TO PROCEED WITH CONSIDERATION OF PETITION FOR WRIT OF HABEAS CORPUS**

    Petitioner has filed a motion to lift the stay ordered by this court on December 6, 2007, which stay was granted for the purpose of permitting defendant to return to state court to exhaust state remedies on certain claims pursuant to *Rhines v. Weber*, 544 U.S. 269, 125 (2005). The court finds that petitioner has satisfied the conditions for lifting the stay, in that petitioner has returned to state court and received an order denying relief from the California supreme court.

    Accordingly, the stay granted by this court on December 6, 2007 is hereby LIFTED and the clerk shall REOPEN this action and the court shall now proceed to consider the petition for a writ of habeas corpus.

    **IT IS SO ORDERED.**

Dated: _____

                                                                           Susan Illston
                                                                           United States District Judge