IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE SCHOBY JR.,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH, Warden, California State Prison - Kern Valley, California Department of Corrections,<br><br>    Respondent.<br>                                                            / | No. C 07-5431 SI<br><br>**ORDER GRANTING PETITIONER'S APPLICATION TO LIFT STAY; SETTING BRIEFING SCHEDULE** |

      Petitioner has filed a motion to reopen this action and lift the stay. Petitioner informs the Court that on July 9, 2008, the Supreme Court of California denied petitioner's petition for a writ of habeas corpus. The Court GRANTS petitioner's motion. (Docket No. 6). The Clerk is directed to reopen this case.

      The Court previously found that petitioner's claims are cognizable in a federal habeas action. The Clerk shall serve by certified mail a copy of this order, the petition and all attachments thereto upon respondent and respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this order on petitioner and petitioner's counsel at the mailing address provided.

      Respondent must file and serve upon petitioner, on or before **October 31, 2008**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the transcript that have been previously transcribed and that are relevant to a determination of the issues presented by the petition. If petitioner wishes to respond to the answer, he must do so by

1   filing a traverse with the Court and serving it on respondent on or before **December 5, 2008**.

3   **IT IS SO ORDERED.**

5   Dated: September 30, 2008

SUSAN ILLSTON
United States District Judge