IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE SCHOBY JR.,

    Petitioner,

  v.

ANTHONY HEDGPETH, Warden, California State Prison - Kern Valley, California Department of Corrections,

    Respondent.
                                        /

No. C 07-5431 SI

**ORDER SETTING BRIEFING SCHEDULE; DIRECTING SERVICE OF RECORD ON RESPONDENT**

This petition for writ of habeas corpus was filed on October 24, 2007. By order filed December 6, 2007, petitioner's request for a stay pending exhaustion of state court remedies was granted. The stay was lifted on September 30, 2008.

It has now come to the Court's attention that respondent was never served with the Court's October 31, 2007 order to show cause. The Clerk shall serve by certified mail a copy of the entire record in this case upon respondent and respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this order on petitioner and petitioner's counsel at the mailing address provided.

Respondent must file and serve upon petitioner, on or before **February 13, 2009**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the transcript that have been previously transcribed and that are relevant to a determination of the issues presented by the petition. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on respondent on or before **March 13, 2009**.

**IT IS SO ORDERED.**

Dated: November 19, 2008

                                                           SUSAN ILLSTON
                                                           United States District Judge