IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE SCHOBY JR., | No. C 07-5431 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| ANTHONY HEDGEPETH, Warden, | |
| Respondent. / | |

The petition for a writ of habeas corpus is denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   December 1, 2009

SUSAN ILLSTON
United States District Judge